UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COSTCO WHOLESALE CORPORATION,**<br>Plaintiff,<br>v.<br>**DIRECT ACTION EVERYWHERE, ET. AL.**,<br>Defendants. | Case No. 4:19-cv-07418-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

Having reviewed the docket in this matter, the Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, July 31, 2020**.

**Five (5) business days** prior to the date of the compliance hearing, the parties shall file a **JOINT STATEMENT** providing a status update of this matter. If compliance is complete, the compliance deadline will be taken off calendar.

**IT IS SO ORDERED.**

Dated: July 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**