BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:    (415) 500-7700

Attorneys for Plaintiff COSTCO
WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION;<br><br>Plaintiff,<br><br>v.<br><br>DIRECT ACTION EVERYWHERE, a California corporation; DIRECT ACTION EVERYWHERE SF BAY AREA, an unincorporated association; CASSIE KING, an individual; ALMIRA TANNER, an individual; and WAYNE HSIUNG, an individual;<br><br>Defendants. | Case No.  19-cv-07418-YGR<br><br>**JOINT STATEMENT IN RESPONSE TO ORDER SETTING COMPLIANCE HEARING**<br><br>Date:          July 31, 2020<br>Time:         9:01 AM<br>Crtm.:        1 – 4th Floor<br><br>The Honorable Yvonne G. Rogers |

Pursuant to this Court's July 22, 2020 Order (ECF No. 28), plaintiffs Costco Wholesale Corporation ("Costco") and defendants Direct Action Everywhere, Direct Action Everywhere SF Bay Area, Almira Tanner, Wayne Hsiung, and Cassie King (collectively the "Defendants"), by and through their counsel, jointly submit the following statement in response to the Court's Order Setting Compliance Hearing.

**1.   Procedural History**

Costco operates Costco Wholesale warehouse stores in the State of California, and across the United States.  The Costco warehouse stores are membership clubs and are not open to the general public.  Costco wants to provide a comfortable and safe shopping experience for their members that is free from disruption and intimidation.  Costco has adopted an Expressive Activity Policy that prohibits the use of the premises of any Costco warehouse store in the State of California for expressive activity.

Defendants are animal rights activists who seek, among other things, an end to animal agriculture.  Defendants, and other DxE activists, had on at least 15 occasions entered Costco's warehouse stores across California to speak on a variety of issues related to animal agriculture and Costco's sale of food products.  They often use amplification, video, signage, leaflets and physical demonstrations as part of their protesting activities.  They regularly assemble at or around the stores' meat cases and dairy shelves as part of their activities.  They have also used Costco's property immediately outside the warehouse stores' entrances and exits to continue their protesting activity once they have left the stores.

Plaintiff Costco has sued Defendants for declaratory relief and trespass, and primarily seeks a permanent injunction that restrains and enjoins Defendants and all those acting in concert and participation with them from entering Costco stores and utilizing Costco's property for purposes of conducting protest, speak out, demonstration or other expressive activity on behalf of defendant Direct Action Everywhere or its mission.  Based on the stipulation of the parties, the Court entered a preliminary injunction along these terms on January 29, 2020.  *See* ECF No. 19.

The Court held an Initial Case Management Conference, via Zoom, on April 6, 2020. During the conference, the parties discussed with the Court that a similar action had been filed by

Whole Foods Market against DxE and other defendants in Alameda County Superior Court, entitled *Whole Foods Market California, Inc., et al. v. Direct Action Everywhere, et al.,* Case No. RG18921253 (the "Whole Foods Market Matter"), and that those parties were awaiting a final ruling on Whole Foods Market's motion for summary judgment. The parties explained that the ruling in the Whole Foods Market Matter could impact and may lead to a settlement in this action. As such, the Court did not set any further case deadlines, pending a ruling in the Whole Foods Market Matter. *See* ECF No. 27.

**2.     What Has Happened Since Last Status Conference?**

Defendants have thus far complied with the Court's Preliminary Injunction Order. A couple of protests occurred outside of Costco Warehouse stores in California since entry of the preliminary injunction, but Defendants' activities were limited to the public sidewalks and other public spaces in accordance with the Court's order.

On July 7, 2020, Judge Jeffrey Brand of the Alameda County Superior Court, entered his ruling, denying defendants Wayne Hsiung, DxE SF Bay Area and DxE's motion for reconsideration of the court's grant of plaintiff's motion for summary judgment in the Whole Foods Market Matter. A true copy of Judge Brand's ruling is attached at *Exhibit 1*. This ruling resolved a dispute over the language and scope of the permanent injunction to be issued in the Whole Foods Market Matter.

**3.     Where We Go From Here?**

With the denial of the Motion for Reconsideration in the Whole Foods Market Matter, the parties in the present action have resumed their settlement discussions. The parties believe they are close to reaching a settlement and hope to have the settlement documented in the next three to four weeks. The parties, therefore, request the Court continue the July 31, 2020 Compliance Hearing to a date convenient to the Court's calendar in early September 2020.

1 | DATED: July 24, 2020

BLAXTER | BLACKMAN LLP

By: _____/s/ Brian R. Blackman_____
BRIAN R. BLACKMAN
J.T. WELLS BLAXTER
DAVID P. ADAMS
Attorneys for Plaintiff
COSTCO WHOLESALE CORPORATION

8 | DATED: July 24, 2020

By: _____/s/ Bonnie S. Klapper_____
BONNIE S. KLAPPER
Attorneys for Defendants
DIRECT ACTION EVERYWHERE, DIRECT ACTION EVERYWHERE SF BAY AREA, ALMIRA TANNER, CASSIE KING and WAYNE HSIUNG

## **ATTESTATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Joint Statement in Response to Order Setting Compliance Hearing. In compliance with Civil L.R. 5-1(i)(3), I attest that defense counsel Bonnie S. Klapper has concurred in this filing.

_____/s/ Brian R. Blackman_____
BRIAN R. BLACKMAN