**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COSTCO WHOLESALE CORPORATION**, <br><br> Plaintiff, <br><br> vs. <br><br> **DIRECT ACTION EVERYWHERE, ET. AL.**, <br><br> Defendants. | Case No.: 4:19-cv-07418-YGR <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE ALEX G. TSE FOR SETTLEMENT CONFERENCE, AND VACATING COMPLIANCE DEADLINE** <br><br> Re: Dkt. No. 31 |

In light of the parties' joint statement filed on September 18, 2020 (Dkt. No. 31), and pursuant to Local Rule 72-1, this matter is **REFERRED** to a Magistrate Judge Alex G. Tse to conduct a settlement conference by no later than **January 8, 2021**. Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may vacate any pending dates. The parties will be advised of the date, time, and place of the settlement conference by notice from Magistrate Judge Tse.

The Court further **VACATES** the compliance deadline set for September 25, 2020.

**IT IS SO ORDERED**.

Dated: September 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

**CC: MAGREF EMAIL**
    **MAG. JUDGE ALEX G. TSE**